## MEMORANDUM DECISIONS.

---

**THE ANN J. TRAINER. THE BAY PORT.** (Circuit Court of Appeals, Fourth Circuit. April 9, 1907.) No. 692. Appeal from the District Court of the United States for the Eastern District of Virginia, at Norfolk. Edward R. Baird, Jr., for appellant. Floyd Hughes and Stephen R. Jones (Carver & Blodgett, on the brief), for appellee. Before GOFF and PRITCHARD, Circuit Judges, and McDOWELL, District Judge.

McDOWELL, District Judge. The opinion of the trial court is reported in 144 Fed. 896, 899. After careful study of the record we are of opinion that the trial court decided this case properly. The opinion below accords so entirely with our views that it is hereby adopted as the opinion of this court. Affirmed.